# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV-13-334

| | | |
|---|---|---|
| BRITTANY SLOAN | | **Opinion Delivered** September 18, 2013 |
| | APPELLANT | APPEAL FROM THE DALLAS COUNTY CIRCUIT COURT [NO. JV-12-1-5] |
| V. | | |
| | | HONORABLE LARRY W. CHANDLER, JUDGE |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILD | | |
| | APPELLEES | AFFIRMED; MOTION TO BE RELIEVED AS COUNSEL GRANTED |

## PHILLIP T. WHITEAKER, Judge

This is a no-merit appeal from an order terminating the parental rights of appellant Brittany Sloan to her child, T.H. Sloan's attorney has filed a motion to be relieved as counsel and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i) (2012), asserting that there are no issues of arguable merit to support the appeal. The brief includes a discussion of the sufficiency of the evidence to support the termination order, which was the only adverse ruling by the circuit court.

The clerk of this court sent copies of the brief and motion to be relieved to Sloan, advising her that she had the right to file pro se points for reversal. Sloan submitted arguments on her own behalf, asserting that she deserves another chance to prove that she can take care of T.H., that she has a steady job, and that she feels that she is capable of caring

for her daughter. Sloan has attached letters from her current boyfriend's mother, who states that Sloan is a good mother and wants to be given a chance to correct her mistakes; from her boyfriend, who asserts that he wants an opportunity to act as a father for T.H.; and from other friends and family members who all say that Sloan should get T.H. back. We conclude, however, that Sloan's pro se points have provided no ground for reversal, and that Sloan's counsel adequately addressed the sufficiency of the evidence in her no-merit brief.

After careful review of the record in accordance with Rule 6-9(i) of the Rules of the Arkansas Supreme Court and Court of Appeals, we hold that an appeal of the termination of Sloan's parental rights lacks merit and that the termination of her parental rights should be affirmed. We therefore grant counsel's motion to be relieved.

Affirmed; motion to be relieved as counsel granted.

GLADWIN, C.J., and GLOVER, J., agree.

*Deborah R. Sallings*, Arkansas Public Defender Commission, for appellant.

No response.